UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

GLYNN LETERREL WELLS,

    Plaintiff,

v.

M. RIGOTTI,

    Defendant.

_____/

Case No. 2:21-cv-199

HON. JANE M. BECKERING

## ORDER

Plaintiff, a prisoner in the custody of the Michigan Department of Corrections, filed a civil rights complaint pursuant to 42 U.S.C. § 1983. Defendant filed a Motion for Summary Judgment on the Basis of Exhaustion (ECF No. 19). The matter was referred to the Magistrate Judge, who issued a Report and Recommendation (ECF No. 27) on November 4, 2022, recommending that this Court deny the motion. The Report and Recommendation was duly served on the parties. No objections have been filed. *See* 28 U.S.C. § 636(b)(1). Accordingly:

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 27) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that the Motion for Summary Judgment on the Basis of Exhaustion (ECF No. 19) is DENIED for the reasons stated in the Report and Recommendation.

Dated: December 5, 2022

    /s/ Jane M. Beckering
JANE M. BECKERING
United States District Judge